# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| SHIRLEY POLK DAVIS | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-2899-S |
| | § | |
| TCDFW ACQUISITIONS LLC and | § | |
| BLUE DEVIL ACQUISITIONS LLC | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED January 30, 2020.

_____
UNITED STATES DISTRICT JUDGE